**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ELIJAH E. CORBETT,**

    **Plaintiff,**

**v.**                                                                **Case No.  8:05-cv-1041-T-TBM**

**JO ANNE B. BARNHART,**
**Commissioner of the United**
**States Social Security Administration,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the court on the Commissioner's **Motion for Entry of Judgment with Remand** (Doc. 14).  By this motion, the Commissioner seeks an Order remanding the case to an Administrative Law Judge to:

> consider any additional evidence associated with a subsequent allowance of benefits and to give further consideration to Plaintiff's residual functional capacity, obtaining medical expert testimony if needed, [and]
> \*\*\*
> give further consideration to Plaintiff's ability to perform past relevant work and other work in the national economy and to obtain evidence from a vocational expert if needed.

The Commissioner represents that, while Plaintiff does not object to the motion, he does not agree with the reasons for remand.

This motion is made pursuant to Sentence Four of § 405(g) of the Social Security Act, which provides: "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Secretary,

with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).  In a Sentence Four remand, the appropriate procedure requires the court to enter final judgment in favor of the Plaintiff.  Shalala v. Schaefer, 509 U.S. 292 (1993).

Accordingly, it is **ORDERED** that the Commissioner's **Motion for Entry of Judgment with Remand** (Doc. 14) is **GRANTED**.  The decision is reversed and remanded for further proceedings before the Commissioner consistent with this Order.[1]  The Clerk is directed to enter Judgment in favor of the Plaintiff and to close the file.  The matter of fees and costs shall be addressed upon further pleadings.

**Done and Ordered** in Tampa, Florida, this 20th day of December 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

---

[1] As indicated by the Commissioner, on remand the Plaintiff shall be permitted to supplement the record with treatment notes up to the time of the new decision.